**No. 10-5545. Orestes Cabrera, Petitioner v. United States.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 584, 2010 U.S. LEXIS 9610.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 928, 131 S. Ct. 316, 178 L. Ed. 2d 206, 2010 U.S. LEXIS 7157.

**No. 10-5622. Henry Rauser, Petitioner v. United States.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 584, 2010 U.S. LEXIS 9613.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 932, 131 S. Ct. 328, 178 L. Ed. 2d 213, 2010 U.S. LEXIS 7623.

**No. 10-5678. Satrohan Singh, Petitioner v. Philip Heath, Superintendent, Sing Sing Correctional Facility.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 584, 2010 U.S. LEXIS 9624.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8030.

**No. 10-5749. John Willis Richard, Petitioner v. David Rock, Superintendent, Upstate Correctional Facility.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 584, 2010 U.S. LEXIS 9615.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 8005.

**No. 10-5759. Abdur Rahman Kantamanto, Petitioner v. Lorenzo North.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 584, 2010 U.S. LEXIS 9606.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 966, 131 S. Ct. 466, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 7966.

**No. 10-5826. Justin L. Venegas, Petitioner v. Texas.**

562 U.S. 1125, 131 S. Ct. 854, 178 L. Ed. 2d 584, 2010 U.S. LEXIS 9627.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 7982.